UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GHOSN AND GREGORY L. KELLY,<br><br>Defendants. | COMPLAINT<br>[Securities Fraud]<br><br>1:19-CV-_08798_ ( )<br><br>ECF CASE |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Marie T. Scott hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Gregory L. Kelly in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Tennessee and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3. A proposed Order for Admission Pro Hac Vice is filed contemporaneously herewith.

Dated: September 23, 2019

Respectfully Submitted,

Applicant Signature: _[signature]_
Applicant's Name: Marie T. Scott
Firm Name: Neal & Harwell, PLC
Address: 1201 Demonbreun Street, Suite 1000
City/State/Zip: Nashville, TN 37203
Telephone/Fax: (615) 244-1713 / (615) 726-0573
Email: mscott@nealharwell.com

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing was filed electronically on September ___, 2019 with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

               *s/Marie T. Scott*