UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GHOSN AND GREGORY L. KELLY,<br><br>Defendants. | COMPLAINT<br>[Securities Fraud]<br><br>1:19-CV-_08798_ ( )<br><br>ECF CASE |

### AFFIDAVIT OF MARIE T. SCOTT

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York:

**STATE OF TENNESSEE** )
)
**COUNTY OF DAVIDSON** )

MARIE T. SCOTT, being duly sworn, deposes and states that:

1. I am an Associate of Neal & Harwell, PLC, 1201 Demonbreun Street, Suite 1000, Nashville, TN 37203.

2. I submit this Affidavit in support of the Motion to be admitted to appear before this Court *pro hac vice* on behalf of Gregory L. Kelly.

3. I am admitted to practice in the courts of the State of Tennessee. A copy of my Certificate of Good Standing is attached hereto as Exhibit "A."

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

- 2 -

**WHEREFORE,** your deponent respectfully requests that this Court grant this application and admit me to practice before this Court, *pro hac vice*.

_____
Marie T. Scott

Subscribed and sworn to before
me this 23RD day of SEPTEMBER, 2019

_JOANNE MILLER COLE_
Notary Public

[Notary Seal: JOANNE MILLER COLE, STATE OF TENNESSEE, NOTARY PUBLIC, DAVIDSON COUNTY, My Commission Expires JULY 9, 2022]